14908.    GEORGIA CASUALTY COMPANY *et al. v.* JAMES *et al.*

JENKINS, P. J. This was a case of admitted liability for partial dependency by a mother of several minor children on account of the death of a son and brother who contributed to their support. The evidence showed that the father was an invalid. Petitioners were allowed $4.75 weekly compensation during the period of indemnity. Plaintiffs in error contend that not quite all of the award was authorized by the evidence. *Held:* The judgment of the industrial commissioner, sustained by the commission as a whole and by the judge of the superior court on appeal, appears to have been painstakingly arrived at, and is sustainable under several theories of the evidence.

> *Judgment affirmed. Stephens and Bell, JJ., concur.*
>
> DECIDED, APRIL 19, 1924.

Appeal; from Grady superior court—Judge Custer. May 19, 1923.

*Brock, Sparks & Russell,* for plaintiffs in error.

*Hartsfield & Conger,* contra.